# M&B
## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

March 14, 2022

**BY ECF**
Hon. Jessica Allen
U.S. Magistrate Judge
U.S. Courthouse
50 Walnut Street
Newark, N.J. 07101

<u>United States v. TSC Agency</u>
21 M 8359

Dear Judge Allen:

    This letter is respectfully submitted on behalf of the defendant TSC Agency, to request that the Sentencing in the above-captioned case, currently scheduled to take place before Your Honor, on April 13 at noon, be rescheduled. The requested rescheduling is necessary because I am traveling abroad that afternoon and I will not be able to make my flight if I attend the sentencing. I am available on April 7 and 11, if either of those dates are convenient for the Court. If not, I will be back in the United States on April 25 and am available to participate in the sentencing any day that week.

    I have discussed this request with AUSA Simunovich who advised me that the Government has no objection to rescheduling the sentencing.

Respectfully submitted,

*/s/ Avraham C. Moskowitz*

Avraham C. Moskowitz

cc: AUSA David Simunovich (by email)